RECEIVED
BY:
APR 2 4 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JOSEPH W. HADWIN | CIVIL ACTION NO. 02-0659-P |
| versus | JUDGE WALTER |
| RICHARD STALDER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **dismissed without prejudice** for failure to exhaust state court remedies.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21 day of April, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE